## Commonwealth ex rel. Woodruff, Appellant, v. Cavell.

Submitted April 12, 1965.   *Edward H. Woodruff*, appellant, in propria persona; *William A. Peiffer*, Assistant District Attorney, and *Edward H. Carney*, District Attorney, for appellee.
   Order affirmed.
   FLOOD, J., absent.

## Edwards, Appellant, v. Pittsburgh Railways Company.

Argued April 13, 1965.   *Samuel J. Goldstein*, with him *Jay Harris Feldstein*, and *Goldstein & Feldstein*, for appellant; *John Ward Hindman*, with him *Prichard, Lawler & Geltz*, for appellee.
   Order affirmed.
   FLOOD, J., absent.